# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-3666

_____

Joseph Noel Sykes, sued as Joseph    *
N. Sykes,   *
  *
      Appellant,   *
  *   Appeal from the United States
    v.   *   District Court for the
  *   District of Minnesota.
Eckankar, a non-profit corporation in   *
Sacramento, CA, also as a foreign non-   *
profit corporation in Minneapolis, MN;   *
Board of Trustees, sued as Board of   *   [UNPUBLISHED]
Trustees of Eckankar; Harold Klemp;   *
Philip Morimitsu; Carol Morimitsu;   *
Jack Heyl; Mary Carroll Moore,   *
  *
      Appellees.   *

_____

Submitted:  May 27, 1999
Filed:  June 7, 1999

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Joseph Noel Sykes appeals the judgment of the district court[1] dismissing his complaint with prejudice, and enjoining Sykes from filing further actions against defendants or their privies without prior leave of court. Having carefully reviewed the record and the parties' briefs, we conclude the district court correctly determined res judicata barred Sykes's action. See Federated Dep't Stores, Inc. v. Moitie, 452 U.S. 394, 398-99 & n.3 (1981). We further conclude the district court did not exceed its authority in the sanction it imposed, because the order was appropriately tailored and not unwarranted in light of Sykes's prior litigation. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The HONORABLE ANN D. MONTGOMERY, United States District Judge for the District of Minnesota.